# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-602 PA (FFM) | Date | February 5, 2018 |
|---|---|---|---|
| Title | *Eric Griffin v. Carolyn W. Colvin* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH ORDER AND FAILURE TO PROSECUTE**

On February 1, 2017, the Honorable Andrew J. Wistrich, then the presiding Magistrate Judge herein, issued an order requiring, *inter alia*, that plaintiff (1) promptly serve the summons and complaint on defendant; and (2) file an appropriate proof of service of process within 30 days of the order's date. (Docket No. 8 at 1.)

Plaintiff has failed to file a proof of service of the summons and complaint. (*See generally* Docket.) Moreover, defendant has not appeared in this action. (*See generally* Docket.) Thus, the Court may reasonably infer that plaintiff never served process on defendant.

Accordingly, the Court orders plaintiff to show cause in writing, within **30 days** of the date of this order, why this action should not be dismissed for plaintiff's failure to comply with the Court's order and failure to prosecute. *See* Fed. R. Civ. P. 41(b). As an alternative to filing a written response to this Order, plaintiff may, within **30 days** of the date of this Order, serve the summons and complaint upon defendant and file an appropriate proof of service.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | JM |