UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL, Deputy Commissioner for Operations performing the duties not reserved to the Commissioner of Social Security,[1]<br><br>　　　　Defendant. | No. CV 17-602 PA (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

---

[1] Nancy A. Berryhill became the acting commissioner of the Social Security Administration on January 23, 2017. Her position is currently described as the "Deputy Commissioner for Operations performing the duties not reserved to the Commissioner of Social Security." *See*, *e.g.*, Docket No. 12, *Benavidez v. Berryhill*, 2:17-cv-08603-DFM. She is substituted as defendant under Federal Rule of Civil Procedure 25(d).

IT IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED: May 22, 2018

	_____
	PERCY ANDERSON
	United States District Judge