UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRIFFIN,<br><br>           Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL, Deputy Commissioner for Operations performing the duties not reserved to the Commissioner of Social Security,[1]<br><br>           Defendant. | No. CV 17-602 PA (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2018

                                            PERCY ANDERSON
                                            United States District Judge

---

[1] Nancy A. Berryhill became the acting commissioner of the Social Security Administration on January 23, 2017. Her position is currently described as the "Deputy Commissioner for Operations performing the duties not reserved to the Commissioner of Social Security." *See*, *e.g.*, Docket No. 12, *Benavidez v. Berryhill*, 2:17-cv-08603-DFM. She is substituted as defendant under Federal Rule of Civil Procedure 25(d).